United States District Court
Southern District of Texas
**ENTERED**
June 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERENCE TRAMAINE ANDRUS,<br>Petitioner,<br><br>v.<br><br>LORIE DAVIS,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>Respondent. | Civil Action No. H-19-CV-717<br><br>CAPITAL CASE |

## AMENDED SCHEDULING ORDER

The Court, having reviewed Petitioner's Unopposed Motion for 60-Day Extension of Time to File Amended Petition, finds that the motion should be GRANTED. The Court enters the following scheduling order setting filing deadlines for this case:

1. Petitioner will submit an amended petition on or before August 31, 2020.

2. Respondent will submit an answer to the amended petition within 120 days of the filing of the amended petition.

3. Petitioner will submit a reply in support of his amended petition within 60 days of the filing of Respondent's response to the amended petition.

Signed on this the 29 day of May, 2020, in Houston, Texas.

David Hittner
United States District Judge