IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERENCE TRAMAINE ANDRUS, § <br> Petitioner, § <br> § <br> v. § <br> § <br> LORIE DAVIS, § <br> Director, Texas Department of § <br> Criminal Justice, Correctional § <br> Institutions Division, § <br> Respondent. § | Civil Action No. 4:19-cv-00717 <br><br> CAPITAL CASE |

**RESPONDENT'S NOTICE OF APPEARANCE OF LEAD COUNSEL**

This is a federal habeas corpus action initiated by Petitioner, a death-sentenced Texas inmate, pursuant to 28 U.S.C. § 2254. On June 2, 2020, the Court issued an amended scheduling order requiring inter alia that Petitioner submit an amended habeas petition on or before August 31, 2020. (Order, ECF No. 17). Respondent hereby gives notice that Assistant Attorney General Katherine D. Hayes will serve as attorney-in-charge on behalf of Respondent in these proceedings.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFF MATEER
First Assistant Attorney General

        MARK PENLEY
        Deputy Attorney General
        for Criminal Justice

        EDWARD L. MARSHALL
        Chief, Criminal Appeals Division

        /s/ Katherine D. Hayes*
        KATHERINE D. HAYES
        Assistant Attorney General
          *Attorney-in-charge*
        Texas Bar No. 00796729
        Southern District Bar No. 22698

        Office of the Attorney General of Texas
        P. O. Box 12548, Capitol Station
        Austin, Texas 78711
        Tel: (512) 936-1400
        Fax: (512) 936-1280
        katherine.hayes@oag.texas.gov

        ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I certify that on June 18, 2020, I electronically filed this pleading using the Court's CM/ECF system. The Notice of Electronic Filing that was generated constitutes service of this document on the following Filing Users:

*Jason Douglas Hawkins*
*David Carlander Currie*
*Jeremy Don Schepers*
Federal Public Defender
Northern District of Texas
520 S. Griffin St., Ste. 629
Dallas, Texas 75202
Jason_Hawkins@fd.org
David_Currie@fd.org
Jeremy_Schepers@fd.org      /s/ Katherine D. Hayes
                                                  KATHERINE D. HAYES
                                                  Assistant Attorney General