IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERENCE TRAMAINE ANDRUS,<br>　　　Petitioner,<br><br>v.<br><br>LORIE DAVIS,<br>Director, Texas Department of Criminal Justice, Correctional Institutions Division,<br>　　　Respondent. | Civil Action No. H-19-CV-717<br><br>CAPITAL CASE |

ORDER

The Court, having reviewed Petitioner's Unopposed Motion to Stay and Abey Federal Habeas Proceedings, finds that the motion should be GRANTED. The Court enters the following orders related to this case:

1. The current briefing schedule in federal court is suspended.

2. Mr. Andrus' federal habeas proceedings are stayed and abeyed until the conclusion of his state court proceedings currently pending in the CCA.

3. Within 30 days of the resolution of the state court proceedings, the parties will notify this Court regarding the resolution of those proceedings and submit a joint proposed briefing schedule for resuming the federal proceedings.

Signed on this the ___ day of _____, 2020, in Houston, Texas.

_____
David Hittner
United States District Judge