United States District Court
Southern District of Texas
**ENTERED**
August 05, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Terence Tremaine Andrus, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION No. 19-717 |
| Bobby Lumpkin,[1] Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

### ORDER

The Court **GRANTS** Petitioner Terence Tremaine Andrus' Unopposed Motion for Substitution of Counsel. (Docket Entry No. 22). The Federal Public Defender for the Northern District of Texas is permitted to withdraw as counsel in this matter. The Federal Community Defender Office for the Eastern District of Pennsylvania is appointed as counsel as for Mr. Andrus pursuant to 18 U.S.C. § 3599.

Signed at Houston, Texas, on this the __4__ day of August, 2021.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

---

[1] The previously named Respondent in this action was Lorie Davis. On August 11, 2020, Bobby Lumpkin succeeded Davis as Director of the Correctional Institutions Division. Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Bobby Lumpkin "is automatically substituted as a party."